IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

v.                              No. 2:10-CR-20057

NHAN VAN NGUYEN                                              DEFENDANT/PETITIONER

## ORDER

The Court has received a report and recommendations (Doc. 325) from United States Magistrate Judge James R. Marschewski. No objections have been filed and the time to object has passed. The Magistrate Judge recommends that the Court deny Nguyen's motion (Doc. 309) to reduce his sentence pursuant to Amendment 782 to the United States Sentencing Guidelines (U.S.S.G.) because Nguyen's Guidelines offense level was determined using U.S.S.G. § 4B1.1 rather than U.S.S.G. § 2D1.1, and Amendment 782 only reduced § 2D1.1 offense levels. The Magistrate Judge further recommends that Nguyen's 28 U.S.C. § 2255 motion (Doc. 311) to vacate be denied and his petition be dismissed with prejudice. Nguyen's § 2255 motion is premised on the Supreme Court's holdings in *Johnson v. United States*, --U.S.--, 135 S.Ct. 2551 (2015) and *Welch v. United States*, --U.S.--, 136 S.Ct. 1257 (2016). *Johnson* and *Welch* held that 18 U.S.C. § 924(e)(2)(B)(ii)'s "residual clause" was unconstitutionally vague and made that substantive rule retroactive. Nguyen was neither charged nor convicted under 18 U.S.C. § 924, and instead cites *Johnson* and *Welch* to challenge a 2-level Guidelines enhancement he received pursuant to the specific offense characteristic in U.S.S.G. § 2D1.1(b)(1). *Johnson* and *Welch* do not apply in any way to Nguyen's case. Although the report and recommendations does not raise the issue, the Court further finds that no reasonable jurist would debate whether the petition should be resolved in a different manner. Nguyen has not made a substantial showing of the denial of a constitutional

1

right, and no certificate of appealability shall issue.

Upon due consideration, the Court concludes that the report and recommendations (Doc. 325) should be, and hereby is, APPROVED AND ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Nhan Van Nguyen's motion to reduce his sentence (Doc. 309) is DENIED.

IT IS FURTHER ORDERED that Nhan Van Nguyen's motion to vacate his sentence (Doc. 311) is DENIED and the petition in this case is DISMISSED WITH PREJUDICE.  No certificate of appealability shall issue.  Judgment will be entered accordingly.

IT IS SO ORDERED this 28th day of December, 2016.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE